UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR 218-14 |
| v. | ) | |
| | ) | |
| DARRIUS MERRELL | ) | |

ORDER

The Defendant has filed a motion for an Extension of Time to File Objections to The Presentence Report (Dkt. 505). After careful consideration, the Motion is GRANTED. The Defendant has until Friday, December 14, 2018 to file Objections to the Presentence Report.

So ORDERED, this __28__ day of November, 2018.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA