UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 2:18-cr-14 |
| | * | |
| DARRIUS MERRELL, | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT DARRIUS MERRELL'S MOTION
TO MODIFY CONDITIONS OF RELEASE**

Pursuant this Court's order (Dkt. No. 105) dated March 21, 2018, this Defendant was released pending trial. Further, the Government did not oppose Defendant remaining released following his change of plea. One of the conditions of Defendant's release is a curfew from 10:00 p.m. to 6:00 a.m.

Very recently, Defendant's aunt passed away, and many of his family members have gathered in Brunswick. In order to allow Defendant additional time to gather and mourn with his family, he respectfully requests that the start of his curfew be extended to 11:30 p.m. on February 1 and 2, 2019.

The undersigned has discussed this request with counsel for the Government. Assistant U.S. Attorney Matthew Josephson has informed the undersigned that there is no opposition to this request.

RESPECTFULLY SUBMITTED this the 22nd day of January, 2019.

        s/ Steven Blackerby
        Steven Blackerby
        Georgia Bar No.: 141250
        sblackerby@brbcsw.com
        Attorney for Defendant Darrius Merrell
        BROWN, READDICK, BUMGARTNER,
        CARTER, STRICKLAND & WATKINS, LLP
        P.O. Box 220
        Brunswick, GA 31521
        (912) 264-8544

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This the 22nd day of January, 2019.

                                                s/ Steven Blackerby
                                                Steven Blackerby
                                                Georgia Bar No.: 141250
                                                sblackerby@brbcsw.com
                                                Attorney for Defendant Darrius Merrell
                                                BROWN, READDICK, BUMGARTNER,
                                                CARTER, STRICKLAND & WATKINS, LLP
                                                P.O. Box 220
                                                Brunswick, GA 31521
                                                (912) 264-8544