UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 2:18-cr-14 |
| | * | |
| DARRIUS MERRELL, | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT DARRIUS MERRELL'S AMENDED MOTION
TO MODIFY CONDITIONS OF RELEASE**

Pursuant this Court's order (Dkt. No. 105) dated March 21, 2018, this Defendant was released pending trial. Further, the Government did not oppose Defendant remaining released following his change of plea. One of the conditions of Defendant's release is a curfew from 10:00 p.m. to 6:00 a.m.

Very recently, Defendant's aunt passed away, and many of his family members have gathered in Brunswick. In order to allow Defendant additional time to gather and mourn with his family, he respectfully requests that the start of his curfew be extended to 11:30 p.m. on **January 25 and 26, 2019**.

The undersigned previously filed a motion to amend Defendant's curfew for February 1 and 2, but those dates were in error, and **Defendant withdraws his request for a modification of his curfew February 1 and 2**.

The undersigned has discussed this request with counsel for the Government. Assistant U.S. Attorney Matthew Josephson has informed the undersigned that there is no opposition to this request.

RESPECTFULLY SUBMITTED this the 25th day of January, 2019.

                                          s/ Steven Blackerby
                                        Steven Blackerby
                                        Georgia Bar No.: 141250
                                        sblackerby@brbcsw.com
                                        Attorney for Defendant Darrius Merrell
                                        BROWN, READDICK, BUMGARTNER,
                                        CARTER, STRICKLAND & WATKINS, LLP
                                        P.O. Box 220
                                        Brunswick, GA 31521
                                        (912) 264-8544

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This the 25th day of January, 2019.

                                            s/ Steven Blackerby
                                            Steven Blackerby
                                            Georgia Bar No.: 141250
                                            sblackerby@brbcsw.com
                                            Attorney for Defendant Darrius Merrell
                                            BROWN, READDICK, BUMGARTNER,
                                            CARTER, STRICKLAND & WATKINS, LLP
                                            P.O. Box 220
                                            Brunswick, GA 31521
                                            (912) 264-8544