**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR218-14 |
| ) | |
| DARRIUS MERRELL ) | |

## ORDER

The Defendant Darrius Merrell has filed an Amended Motion to Modify Conditions of Release (576). Specifically, the defendant wishes to have his curfew extended to 11:30 p.m. on January 25 and January 26, 2019. After review and consideration, the Motion is hereby DENIED. The first Motion to Modify Conditions of Release at Dkt. 567 was filed with the incorrect dates, and is therefore DENIED as Moot.

So ORDERED, this   25th   day of January, 2019.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA