# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-14**  DATE **02/06/2019**
TITLE **USA v. Darrius Merrell**
TIMES **1:38 - 2:12**  TOTAL **34 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**
Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**
Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Matthew Josephson | Steven Blackerby | |

PROCEEDINGS : **Sentencing**   ☑ In Court   ☐ In Chambers

**Objections - None ; the Court has received and read the letters as filed by defense**
**The Court adopts the findings of fact and conclusions of applicable advisory guidelines and**
**Therefore finds total Offense Level 29 / Criminal History I / Guideline 87-108 Months /**
**3 years supervised release / $30,000 - $1,000,000 fine / $100 special assessment /**
**no minimum - 20 years maximum**
**Defense 1:57 - 2:02 / Government 2:01 - 2:04 / Defendant 2:04 / Motion granted**
**Court - BOP 21 months / no fine / $100 special assessment / 3 years supervised release**
**/ recommendation to BOP for substance abuse treatment to include RDAP / standard,**
**special and mandatory conditions of release / DNA sample / no firearms or weapons /**
**substance abuse testing and no tampering / subject to searches / appeal waiver / FCI Jesup**
**to the extent space and security allow / Counts 27-29 dismissed / defendant to self surrender**
**to the designated facility within 30 days from today by 2:00 pm - to report to remove**
**monitoring device as directed the day before self surrender.**